IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CRIMINAL ACTION NO. |
| ) | 3:07mj36-TFM |
| DANDRE STOKES ) | |

### ORDER

For good cause,

It is ORDERED that the preliminary hearing and the detention hearing, pursuant to the Government's Motion for Detention (doc #3), are reset for **April 11, 2007, at 4:00 p.m., rather than 10:30 a.m.,** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. Pending this hearing, the defendant shall be held in the custody of the United States Marshal and produced for the hearing.

DONE, this 10th day of April, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE